UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAWASHIA FARMER, | |
| Plaintiff, | 19 Civ. 9425 (PAE) |
| -v- | ORDER |
| SHAKE SHACK, LLC, et al., | |
| Defendants. | |

PAUL A. ENGELMAYER, District Judge:

On December 10, 2019, defendants filed a motion to dismiss the complaint under Rule 12 of the Federal Rules of Civil Procedure. Under Rule 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Because of the holidays, the Court will grant plaintiff an extra week to amend.

Accordingly, it is hereby ORDERED that plaintiff shall file any amended complaint by **January 7, 2020**. No further opportunities to amend will ordinarily be granted. If plaintiff does amend, by **January 28, 2020**, defendant shall: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying plaintiff, stating that they rely on the previously filed motion to dismiss.[1]

It is further ORDERED that if no amended complaint is filed, plaintiff shall serve any opposition to the motion to dismiss by **January 7, 2020**. Defendants' reply, if any, shall be served by **January 14, 2020**. At the time any reply is served, the moving party shall supply the

---

[1] If defendants file a new motion to dismiss or rely on their previous motion, plaintiff's opposition will be due 14 days thereafter, and defendants' reply, if any, will be due seven days after that.

Court with two (2) courtesy copies of all motion papers by mailing or delivering them to the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York 10007.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: December 11, 2019
New York, New York